ACCEPTED
141400788
FOURTEENTH COURT OF APPEALS
HOUSTON, TEXAS
2/16/2015 2:07:04 PM
CHRISTOPHER PRINE
CLERK

# *In The*
# *Fourteenth Court of Appeals*

_____

## # 14-14-00788-CV

_____

FILED IN
14th COURT OF APPEALS
HOUSTON, TEXAS
2/17/2015 8:39:00 AM
CHRISTOPHER A. PRINE
Clerk

**EXERGY DEVELOPMENT GROUP OF IDAHO, LLC AND JAMES T. CARKULIS, Appellants**

**V.**

**HIGH POWER ENERGY, LLC, BLUE RENEWABLE ENERGY, LLC AND BLACK MOUNTAIN FINANCIAL, CORP, Appellees**

---------------------

**On Appeal from the 125th District Court Harris County, Texas Trial Court Cause No. 2012-67104**

---------------------

## Appellants' Unopposed Motion for Extension of Filing Deadline

Comes now **EXERGY DEVELOPMENT GROUP OF IDAHO, LLC AND JAMES T. CARKULIS,** Appellants, and file this unopposed motion for extension of deadline for thirty (30) days:

As cause, counsel would respectfully show as follows:

1.      This is an appeal from death penalty sanctions ordered in the District Court.  Exergy's third-party complaint was stricken and it was prohibited from introducing any evidence to support claims against the third-party defendants.

2.      The appellants' brief is due February 26, 2015.

3.      Counsel's father recently passed away, and the funeral was ten days ago.

1

4.     Counsel is back at work after attending to certain associated personal matters.

5.     Last week, Counsel was in Lubbock for a hearing on a capital habeas writ, *Rodriguez v. Stephens*, 5:13-CV-00233, before Judge Sam Cummings.

6.     Counsel has upcoming deadlines in two capital habeas appeals in the Fifth Circuit, *Roberson v. Stephens*, 14-70033, and *Garcia v. Stephens,* 14-70035.

7.     Counsel does not seek the requested extension for purposes of delay, but rather so that he can devote the requisite attention to the case at bar, while attending to other matters which were somewhat delayed because of the aforementioned funeral.

WHEREFORE, premises considered, Counsel prays for an extension of deadline to March 26, 2015.

Respectfully submitted,

Seth Kretzer

LAW OFFICES OF SETH KRETZER
440 Louisiana Street; Suite 200
Houston, TX 77002
(713) 775-3050 (DIRECT)
seth@kretzerfirm.com (email)

## **CERTIFICATE OF CONFERENCE**

This is to certify that on February 11, 2015, I contacted appellees' counsels, Andrew Edison and Howard Klatsky, who are unopposed to the relief requested herein.

Seth Kretzer

## **CERTIFICATE OF SERVICE**

This is to certify that a true and correct copy of the foregoing opposed Motion was served on all counsel of record on the 16th day of February 2015

Seth Kretzer